```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
    UNITED STATES OF AMERICA                          :
                                                      :
                    v.                                :    16 Cr. 290 (KPF)
                                                      :
    DANIELLE PANZARINO,                               :         ORDER
                                                      :
                             Defendant.               :
                                                      :
------------------------------------------------------X
```

KATHERINE POLK FAILLA, District Judge:

On March 18, 2020, this Court endorsed a request from counsel for Ms. Panzarino that she be permitted to travel to and reside in Florida for one month in order to care for herself and her ailing mother. The Court understood that, were it to grant permission, Ms. Panzarino would provide the Probation Department with her address in Florida, presumably so that Ms. Panzarino could continue her Court-ordered supervision.

Ms. Panzarino is now in the third month of her one-month grant of permission. The Court was not asked to, and did not, approve any extensions of its permission. More troublingly, the Court understands that Ms. Panzarino has disengaged herself from supervision by the Probation Department.

The parties to this case, including Ms. Panzarino, along with representatives of the Probation Department, are ORDERED to appear for a video conference on **Thursday, June 18, 2020, at 2:00 p.m.** concerning Ms. Panzarino's continued supervision. The hearing will proceed via Skype, with audio access as follows: Dial-in (917) 933-2166, Conference ID: 453077568.

The parties who will be participating by video will be provided a link in advance of the conference.

SO ORDERED.

Dated:  June 11, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge